PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

Name of Offender: Chris Thomas                                         Cr.: 97-3136M-001

Name of Sentencing Judicial Officer: Stanley R. Chesier

Date of Original Sentence: 5/4/98

Original Offense: Conspiracy to Possess Counterfeit Notes

Original Sentence: ten months imprisonment, one year supervised release, drug aftercare

Type of Supervision: Supervised Release                    Date Supervision Commenced: 11/25/98

### PETITIONING THE COURT

[ ]  To extend the term of supervision for _____ years, for a total term of _____ years.
[X]  To modify the conditions of supervision as follows.

Vacate violation of supervised release warrant issued on March 29, 1999 and withdraw Probation Violation Petition. Vacate present term of supervised release.

### CAUSE

The offender was sentenced to a ten year term of imprisonment on a pending indictment (no: 97-06-02577) in Essex County Superior Court. Supervision is due to expire on 11/24/99.

Respectfully submitted,

By: Monica G. Martin
U.S. Probation Officer
Date: 10/21/99

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] Warrant Vacated
[ ] Other

Signature of Judicial Officer

Date